CITY OF BUFFALO, Respondent, *v.* DELAWARE, LACKAWANNA AND WESTERN RAILROAD COMPANY et al., Appellants.

*City of Buffalo* v. *Delaware, L. & W. R. R. Co.*, 136 App. Div. 274, affirmed.

(Argued December 14, 1911; decided January 9, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 20, 1910, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to restrain defendants from constructing a fixed bridge over Buffalo river.

*Louis L. Babcock* for appellants.

*Clark H. Hammond, Corporation Counsel (George E. Pierce* of counsel), for respondent.

Judgment affirmed, with costs, on opinion of KRUSE, J., below.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WILLARD BARTLETT and HISCOCK, JJ. Not sitting: COLLIN, J.